# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

COMMONWEALTH OF PENNSYLVANIA, : No. 36 WM 2014

                    Petitioner :

          v. :

VINCENT CHARLES BARBER, :

             Respondent :

## ORDER

**PER CURIAM**

    **AND NOW**, this 11th day of August, 2014, the Petition for Leave to File Petition for Allowance of Appeal *Nunc Pro Tunc* is **GRANTED**. The Commonwealth is directed to file its Petition for Allowance of Appeal within 15 days of this order.